UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| ESTELLA MARTINEZ, ROGELIO MARTINEZ, and JAMAL SAIH, Individually, and As Sole Heirs Of The ESTATE OF CLAUDIA MARTINEZ, Deceased, and OLIVIA LONGORIA and ROGELIO LONGORIA<br>　　　　Plaintiffs<br><br>vs<br><br>WALGREEN COMPANY<br>　　　　Defendant | § § § § § § § § § § § § Civil Action No. 7:17-CV-309 |

## NOTICE OF APPEAL

ESTELLA MARTINEZ, ROGELIO MARTINEZ, and JAMAL SAIH, Individually, and As Sole Heirs Of The ESTATE OF CLAUDIA MARTINEZ, Deceased, and OLIVIA LONGORIA and ROGELIO LONGORIA (collectively referred to as "Plaintiffs" in the above named case) hereby appeal to the United States Court of Appeals for the Fifth Circuit from the ordered granting summary judgment entered in this action on the 3rd day of July 2018.

　　　　S/Edward L. Ciccone
　　　　_____
　　　　Edward L. Ciccone
　　　　Attorney In Charge
　　　　Tx.SBN 04250550 / S.D.Tx.ID 82519
　　　　LAW OFFICE OF EZEQUIEL REYNA, JR. L.L.P.
　　　　702 W. Expressway 83; Suite 100
　　　　Weslaco, Texas 78596
　　　　Phone (956)968-9556 / Fax (956) 969-0492
　　　　elciccone@mail.com

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of July 2018, I served a true and correct copy of the foregoing to the below persons in the manner indicated.

| | |
|---|---|
| David Oliveira<br>ROERIG, OLVEIRA & FISHER, LLP<br>10225 N. 10th Street<br>McAllen, TX 78504<br>Phone (956) 393-6300 | Electronic Service |

S/Edward L. Ciccone

_____
Edward L. Ciccone