Case 7:17-cv-00309 Document 28 Filed on 07/10/18 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ESTELLA MARTINEZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:17-CV-309 |
| WALGREEN COMPANY, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's opinion and order of July 03, 2018,[1] Plaintiffs' claims against Defendant having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of July, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 25.